**Order entered June 17, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00194-CV

### IN RE SCOTT FRENKEL, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03470-2016**

### ORDER

Before the Court is relator's motion to clarify the Court's June 2, 2021 order.

We **GRANT** the motion to the extent that we **DIRECT** the Clerk of the Court to

make the petition for writ of mandamus and supplemental record available on the

Court's website. Relator need not refile any documents.


/s/     AMANDA L. REICHEK
JUSTICE